IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ELMER LEONARD BURRELL,**

    Petitioner,

v.          Case No. 5:14cv207-MW/GRJ

**N. C. ENGLISH,**

    **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED** on November 1, 2016.

                                                      **s/Mark E. Walker           ____**
                                                      **United States District Judge**